UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Mykhalio Petrovich Chudnovets,

    Defendant.
_____/

Criminal No. 25-cr-20664

Honorable Linda V. Parker

**ORDER GRANTING GOVERNMENT'S MOTION
TO UNSEAL INDICTMENT AND ARREST WARRANT**

For the reasons stated in the government's motion, it is ordered that the Indictment and Arrest Warrant be unsealed.

**IT IS SO ORDERED.**

                                        s/David R. Grand
                                        David R. Grand
                                        United States Magistrate Judge

Entered: 12/17/25